IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB - 2 2011

JAMES N. HATTEN, CLERK
By: S. Brannon, Deputy Clerk

| | |
|---|---|
| JAMES GILES, <br><br> Plaintiff, <br><br> -against- <br><br> PREMIERE CREDIT OF NORTH AMERICA LLC, <br><br> Defendant. | Civil Action File No. <br> 1:10-cv-04095-ODE-JFK |

## NOTICE OF MANUAL FILING

Please take notice that plaintiff has manually filed the following document or thing:

1. Opposition to Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

2. Brief in support of opposition to Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

This document was manually filed because the undersigned was only sworn in as a member of the bar of the United States District Court for the Northern District of Georgia on January 31, 2011 and has registered for but not yet been assigned an ECF username and password.

This document has been manually served and served via email on all parties.

Respectfully submitted,

THE ROSE LAW FIRM, PLLC

By: *G. Christopher Gleason*
G. Christopher Gleason
Georgia Bar No. 141920

Attorneys for Plaintiff
James Giles
400 Galleria Parkway
Suite 1500
Atlanta, Georgia  30339
(678) 385-5956
cgleason@theroselawfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served, via first class mail and e-mail to the below-listed person, on this 1st day of February, 2011, as set forth below:

John H. Bedard, Jr., Esq.
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia  30097
(678) 253-1871
jbedard@bedardlawgroup.com


*G. Christopher Gleason*
G. Christopher Gleason, Attorney
Georgia Bar No.: 141920


J:\DATA\FAIR DEBT\GEORGIA\MATTER\21373 GILES\PREMEIRE CREDIT\PLEADINGS\NOTICE OF MANUAL FILING.DOC

400 GALLERIA PARKWAY, SUITE 1500 / ATLANTA, GEORGIA 30339
678-385-5956 / FAX: 678-385-

**THE ROSE LAW FIRM, PLLC**

KEITH B. ROSE
ATTORNEY AT LAW
NY, MA, CT, NJ, GA, WV, PA

G. CHRISTOPHER GLEASON
ATTORNEY AT LAW
NY, MA, NH, GA, AL, PA, WV

JON B. WALDORF
ATTORNEY AT LAW
NY, MA, CT, GA, AL, NJ, SC, RI, NC

PETER M. DAMIN
ATTORNEY AT LAW
NY, MA, CT, GA

MICHAEL J. GREGG
ATTORNEY AT LAW
NY, MA, CT, AL, WV, TN

MARK W. SKANES
ATTORNEY AT LAW
NY, NJ, WV, CT

*RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta FEB - 2 2011 JAMES N. HATTEN, Clerk By: Deputy Clerk*

February 1, 2011

**VIA OVERNIGHT DELIVERY**

James N. Hatten
District Court Executive Clerk of Court
Richard B. Russell Federal Building and Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303

   Re: James Giles v. Premiere Credit of North America, LLC
      Civil Action File No.: 1:10-cv-04095-ODE-JFK

Dear Mr. Hatten:

  Enclosed for filing on behalf of Plaintiff James Giles is an original Notice of Manual Filing, Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss, Plaintiff's Opposition to Defendant's Motion to Dismiss Under Rule 12(b)(6), and a CD Rom including PDF copies of same with respect to the above-referenced matter.

  Please note the reason this is submitted for manual filing is that I was only sworn into practice before the court on Monday, January 31, 2011, and while it has been applied for, I have not yet been assigned an ECF username and password.

  Please date-stamp the enclosed copy of the letter as proof of filing and return it to me in the self-addressed stamped envelope enclosed.

  Your courtesies and cooperation in this matter are greatly appreciated. Should you have any questions or require any additional information, please contact me.

               Very truly yours,

               G. Christopher Gleason

GCG/tmg
Enclosures
J:\Data\Fair Debt\Georgia\Matter\21373 Giles\Premeire Credit\Correspondence\District Court Clerk.doc